1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NORTHWEST ADMINISTRATORS, INC., | CASE NO. 2:25-00178-JNW |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE COURT DATES |
| v. | |
| VULCAN MATERIALS COMPANY, | |
| Defendant. | |

THIS MATTER having come on to be heard on the parties' joint motion of Plaintiff and Defendant, Plaintiff appearing through its attorneys, Russell J. Reid, Thomas A. Leahy and Anne Holden of Reid, Ballew & Leahy, L.L.P., and Defendant appearing through its attorneys, Jessie L. Harris and Theresa A. Rava of Williams Kastner, stating that the parties are in need of more time for Defendant to provide documents and/or information to resolve this case, and hope to have this matter resolved before the requested 90-day extension, now, therefore;

IT IS HEREBY ORDERED that the parties' Joint Motion to Continue Court Dates has been granted as follows:

//

**ORDER** GRANTING JOINT MOTION TO CONTINUE COURT DATES - 1

| Case Events | Current Deadline | Proposed Deadline |
|---|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | December 31, 2025 | March 31, 2026 |
| Settlement conference under LCR 39.1 (c)(2) must be held no later than | March 2, 2026 | June 1, 2026 |
| All motions in limine must be filed by (*see* LCR 7(d) | March 23, 2026 | June 22, 2026 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32) | April 9, 2026 | July 8, 2026 |
| Agreed pretrial order due | April 9, 2026 | July 8, 2026 |
| Trial briefs must be filed by | April 16, 2026 | July 15, 2026 |
| Pretrial conference | April 23, 2026 | July 22, 2026 |
| **BENCH TRIAL** | April 30, 2026 | July 29, 2026 |

DONE this 19th day of December, 2025.

_____
THE HONORABLE JAMAL N. WHITEHEAD

Presented for Entry by:

REID, BALLEW & LEAHY, L.L.P.

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
Anne Holden, WSBA #58824
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@nwlaborlaw.com; tom@nwlaborlaw.com; annie@nwlaborlaw.com
Attorneys for Plaintiff

**ORDER** GRANTING JOINT MOTION TO CONTINUE COURT DATES - 2